SNEED v. SELLERS et al.

(Circuit Court of Appeals, Fifth Circuit. April 23, 1895.)

No. 256.

COSTS ON APPEAL—DISMISSAL FOR WANT OF JURISDICTION BELOW.

When a judgment is reversed, and the cause ordered dismissed because the record failed to show jurisdiction, all the costs, both of the circuit court and of the appellate court, should be taxed against plaintiff.

In Error to the Circuit Court of the United States for the Northern District of Texas.

This was an action by John S. Sneed against A. F. Sellers and others to try title to real estate. The circuit rendered judgment on a verdict of a jury establishing a boundary line. The plaintiff brought error to this court, which, on December 11, 1894, reversed the judgment, with instructions to dismiss the case. 13 C. C. A. 518, 66 Fed. 371. A motion is now made to have the judgment of reversal amended in respect to the costs.

S. H. Lumpkins, for plaintiff in error.

Robertson & Robertson, for defendants in error.

Before PARDEE and McCORMICK, Circuit Judges, and BRUCE, District Judge.

PARDEE, Circuit Judge. At a preceding day of this term a judgment was rendered herein reversing the judgment of the circuit court and remanding the cause, with instructions to dismiss the action with costs. This judgment was given on the ground that the record did not affirmatively show the jurisdiction of the court. Through inadvertence, the directions with regard to costs provided for the costs of the circuit court only, leaving the costs of this court under the rule to be taxed against the defendants in error, who were also the defendants in the circuit court. As the judgment of the circuit court was reversed, and the cause remanded with instructions to dismiss for want of jurisdiction, all of the costs, both of this and the circuit court, should be paid by the plaintiff below, plaintiff in error here. Railway Co. v. Swan, 111 U. S. 379, 388, 4 Sup. Ct. 510. It is therefore ordered that the judgment of this court entered in the above-entitled cause on the 11th day of December, 1894, be, and the same is hereby, amended so as to read as follows: It is now here ordered and adjudged by this court that the judgment of said circuit court in this cause be, and the same is hereby, reversed, at the cost of the plaintiff in error, and this cause is remanded to said circuit court, with instructions to dismiss the action at the costs of the plaintiff.